IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01992-BNB

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA (a Private for Profit Corporation) EMPLOYEES,
J. GRAY,
N. ARREDONDO,
LT. PHILLIPS,
S. HEGER, and
C. BLAKE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Have BVCF Case Management Court Ordered to Provide Plaintiff Allen the Forms Necessary to Access the Courts" (Doc. #5) filed on August 19, 2010, is DENIED.

Dated: August 31, 2010