IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01992-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA (a Private for Profit Corporation) EMPLOYEES,
J. GRAY,
N. ARREDONDO,
LT. PHILLIPS,
S. HEGER, and
C. BLAKE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -7 2010

GREGORY C. LANGHAM
                CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

    Dated: September 3, 2010.

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01992-CMA-MJW

Shawn D. Allen
Prisoner No. 113014
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Judy Fuchs – **CERTIFIED**
Kit Carson Corr. Center
49777 County Road V
Burlington, CO 80807
**SERVICE DOCUMENTS FOR:**
**J. Gray, N. Arredondo, Lt. Phillips,**
**S. Heger, and C. Blake**

US Marshal Service
Service Clerk
Service forms for: Corrections Corporation of America

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuchs for service of process on J. Gray, N. Arredondo, Lt. Phillips, S. Heger, and C. Blake; and to the United States Marshal Service for service of process on Corrections Corporation of America: COMPLAINT FILED 8/19/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/7/10.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk