IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01992-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

CORRECTIONS CORP.  OF AMERICA  EMPLOYEES,
J. GRAY,
N.  ARREDONDO,
LT.  PHILLIPS,
S.  HEGER, and
C.  BLAKE,

Defendants.

---

**MINUTE ORDER**

---

Entered by U.S. Magistrate Judge Michael J. Watanabe

        It is hereby **ORDERED** that the plaintiff's Motion to Amend Request for Relief **(Docket No. 19)** is **granted**.  Accordingly, page 2 of Docket No. 19, entitled "Request for Relief," is added as the last page of the Prisoner Complaint (Docket No. 4) as an addition to section G, Request for Relief.

Date: October 5, 2010