IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01992-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA (a Private for Profit Corporation) EMPLOYEES,
J. GRAY,
N. ARREDONDO,
LT. PHILLIPS,
S. HEGER, and
C. BLAKE

    Defendants.

---

### ORDER TO VACATE SCHEDULING/PLANNING CONFERENCE
( Docket No. 32 )

---

THIS MATTER comes before the Court upon Defendants Corrections Corporation of America, Nancy Arredondo, Colleen Blake, Jodi Gray, and Steve Phillips (hereinafter "Defendants") Motion to Vacate and Reset Status Scheduling Conference Scheduled for February 2, 2011. The Court has reviewed the pleading and is fully advised in the premises. It is *motion is Granted And the*

ORDERED that, the Scheduling/Planning Conference scheduled for February 2, 2011 at 2:00 p.m. is vacated and *is Reset to March 21, 2011, at 1:30 p.m. Scheduling Order is due March 15, 2011.*

DATED January 26, 2011.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO