IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   10-cv-01992-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff(s),

v.

CORRECTIONS CORP.  OF AMERICA EMPLOYEES,
J. GRAY,
N.  ARREDONDO,
LT.  PHILLIPS,
S.  HEGER, and
C.  BLAKE,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Slightly Amend Complaint **(Docket No. 24)** and Motion to Amend Request for Relief **(Docket No. 29)**, to which no response was received by the defendants, **are both granted** to the extent that on or before February 22, 2011, plaintiff shall file an Amended Complaint which incorporates the amendments sought in these motions.  No other changes to the plaintiff's pleading may be made in this Amended Complaint without prior leave of court or consent of all defendants.

Date: February 4, 2011