IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01992-CAM-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA (a Private for Profit Corporation),
J. GARY,
N. ARREDONDO,
LT. PHILLIPS,
S. HEGER, and
C. BLAKE,

    Defendants.

**ORDER ADOPTING AND AFFIRMING MAY 5, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on the Recommendation of United States Magistrate Judge Michael J. Watanabe, filed on May 5, 2011 (Doc. # 52). The Magistrate Judge recommends that the claims against Defendant S. Heger be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m), 16(f), and/or D.C.COLO.LCivR 41.1 based upon Plaintiff's failure to serve and failure to prosecute. (Doc. # 52 at 3). Plaintiff has not filed any objections to the Magistrate Judge's recommendation. The Court finds that the Magistrate Judge's recommendation is correct and should be accepted. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge Watanabe is accepted, and Defendant Heger is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of S. Heger as a Defendant in this case.

DATED: May 26, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge