IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01992-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

CORRECTIONS CORP.  OF AMERICA EMPLOYEES,
J. GRAY,
N.  ARREDONDO,
LT.  PHILLIPS, and
C.  BLAKE,

Defendants.

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Be Provided a Copy of Plaintiff's Complaint (Docket No. 56) is denied.  Plaintiff may obtain a copy of the Complaint or any other document in this case by tendering the requisite copying fee to the Clerk's Office.  Furthermore, this court notes that in a document attached to the plaintiff's motion for a temporary restraining order which was filed at the same time as this motion in another case, Civil Action No. 10-cv-02207-CMA-MJW, Docket No. 48 at 4, plaintiff was advised of the location of his personal property and contact information in order to retrieve it.  This court should not have to bear the expense of copying and mailing plaintiff's requested document to the plaintiff when his property can apparently be obtained from the Lincoln Parole Office.

Date: June 2, 2011