IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01992-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA (a Private for Profit Corporation) EMPLOYEES,
J. GRAY,
N. ARREDONDO,
LT. PHILLIPS, and
C. BLAKE

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION TO ALLOW DEPOSITION OF PLAINTIFF SHAWN ALLEN PURSUANT TO FED. R. CIV. P. 30(a)(2) AND MOTION TO EXTEND DEPOSITION DEADLINE**

THIS MATTER comes before the Court upon Defendants Corrections Corporation of America, Nancy Arredondo, Colleen Blake, Jodi Gray, and Steve Phillips (hereinafter "Defendants") Motion to Allow Deposition of Plaintiff Shawn Allen and Motion to Extend Deposition Deadline. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that, Defendant is permitted to take Plaintiff Shawn Allen's deposition at the Colorado Territorial Correctional Facility on November 3, 2011 at 9:00 a.m.

2

IT IS FURTHER ORDERED THAT the deadline to complete depositions pursuant to the Court's order is extended from October 14, 2011 to November 4, 2011.

DATED October \_9\_, 2011.

s/ Michael J. Watanabe
~~United States District Judge~~
U.S. Magistrate Judge

mjw/sec