IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01992-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

CORRECTIONS CORP. OF AMERICA EMPLOYEES,
J. GRAY,
N. ARREDONDO,
LT. PHILLIPS, and
C. BLAKE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion to Submit Settlement Letter to Judge Michael J. Watanabe (Docket No. 75) is granted.  A settlement conference, however, will not be set at this time.

Date: November 15, 2011