IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01992-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

CORRECTIONS CORP. OF AMERICA EMPLOYEES,
J. GRAY,
N. ARREDONDO,
LT. PHILLIPS, and
C. BLAKE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to Compel Discovery and Brief in Support (docket no. 83) is DENIED pursuant to Motley v. Marathon Oil Co., 71 F.3d 1547, 1550 (10th Cir. 1995), *cert denied*, 517 U.S. 1190 (1996)(quoting Martinez v. Schock Transfer & Warehouse Co., 789 F.2d 848, 850 (10th Cir. 1986) which states: "Generally, 'control of discovery is entrusted to the sound discretion of the trial courts, and a denial of a motion to compel discovery will not be disturbed absent abuse of discretion.'" The subject motion is also denied for those reasons as outlined in the response (docket no 90), that I incorporate by reference. I further find that Defendants have fully responded to the Pro Se Incarcerated Plaintiff's discovery requests.

Date: December 15, 2011