IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-01992-CMA-MJW

SHAWN D. ALLEN,

Plaintiff(s),

v.

CORRECTIONS CORP. OF AMERICA EMPLOYEES,
J. GRAY,
N. ARREDONDO,
LT. PHILLIPS, and
C. BLAKE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion to Have Settlement Letter Disregarded (Docket No. 93) is granted.

Date:  December 29, 2011