**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01992-CMA-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

CORRECTIONS CORP. OF AMERICA (a Private for Profit Corporation),
J. GARY,
N. ARREDONDO,
LT. PHILLIPS, and
C. BLAKE,

    Defendants.

_____

**ORDER AFFIRMING DECEMBER 15, 2011
ORDER OF UNITED STATES MAGISTRATE JUDGE**
_____

    This case was referred to United States Magistrate Judge Michael J. Watanabe pursuant to 28 U.S.C. § 636.  (Doc. # 16.)  On December 15, 2011, the Magistrate Judge issued a Minute Order denying Plaintiff's Motion to Compel (Doc. # 83).  (Doc. # 91.)  Plaintiff filed an objection on December 27, 2011.  (Doc. # 92.)

    Because the Magistrate Judge's Minute Order involved nondispositive pretrial issues, Plaintiff must demonstrate that the ruling was "clearly erroneous" or "contrary to law."  Fed. R. Civ. P. 72(a).  "The clearly erroneous standard . . . requires that the reviewing court affirm unless it[,] 'on the entire evidence[,] is left with the definite and firm conviction that a mistake has been committed.'"  *Ocelot Oil Corp. v. Sparrow*

*Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988) (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948)).

Having reviewed Plaintiff's objection, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law.  Therefore, Plaintiff's objection (Doc. # 92) is OVERRULED and the Magistrate Judge's Order (Doc. # 91) is AFFIRMED.

DATED: December 29, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge